12,375-27

Herbert Feist #18805
Jefferson County Jail
5030 Hwy 69 South
Beaumont, TX 77705
Oct. 28, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 05 2015
Abel Acosta, Clerk

Dear Clerk:

Greetings, I am the Pro Se Relator, in the following matter:

I, filed (3) three Seperate Mandamus, different trial courts, and causes. One is dated Sept. 22, 2015, Styled as Herbert Feist vs, Court of Criminal Appeals;

Another is Styled as: Herbert Feist vs 252nd Criminal District Court, of Jefferson County, Texas, dated Sept. 9, 2015

The last one is dated Oct. 8, 2015, styled as Herbert Feist vs. County Court at Law No. 3 and The 252nd District Court of Jefferson County Texas.

These are not copies of the same Mandamus, but different ones.

Your respond did'nt Allege the style, only WR-12,375-27, And no tr. Ct. No.

Did you file All under same number, or what; would you please check into this. I need these heard, urgently.

Thank you,

Herbert Feist